IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHUONG CAO                              :
aka  Sean Cao                           :
                                        :
    Petitioner                          :
                                        :
    v.                                  :   CIVIL ACTION NO. WDQ-06-1756
                                        :
UNITED STATES OF AMERICA                :
                                        :
    Respondent                          :
                                ..oOo..

## MEMORANDUM

Before the Court is a pro se Motion to Return Property filed by Chuong Cao in which he

moves to compel the United States to return personal property seized during his 2004 arrest and

the government's Motion to Dismiss.  Counsel for the United States has filed exhibits in support

of the dispositive motion which show that the property has been returned by the Drug

Enforcement Administration (DEA) to Petitioner's designated recipient.  Accordingly, the

matter is moot and the Court will grant the Motion to Dismiss.

On July 11, 2006, Petitioner moved to return five items seized during his arrest and in the

possession of the DEA in Hagerstown, Maryland.[1]  Petitioner requested that these items be

returned to his sister Deip Cao.  Respondent's Exhibit 1, Declaration of Special Agent Brian J.

Fitzpatrick at ¶ 3.

Article II of the United States Constitution limits the judicial power of the federal courts

to cases or controversies.  Federal courts may not adjudicate matters that no longer present an

---

[1]     The property was listed as: 1) three cellular phones; 2) a Sony Ericson memory
stick; 3) an MSI desk-top computer, associated cables, monitor and keyboard; 4) miscellaneous
documents; and 5) a Toshiba computer.  Complaint at 3.

actual dispute between the parties. *See Lewis v. Continental Bank Corporation*, 494 U.S. 472, 477-78 (1990). Where, as here, the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome, the case is moot and the federal court is divested of jurisdiction. *See County of Los Angeles v. Davis*, 440 U.S. 635, 631 (1979); *Flast v. Cohen*, 392 U.S. 83, 95 (1968).

Petitioner has received exactly the relief he requested, and there is no longer a live, justiciable controversy for the Court to adjudicate. Accordingly, the Court will grant the Motion to Dismiss by separate Order.


11/27/6
_____
Date

_____
William D. Quarles, Jr.
United States District Judge